UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-586-PLR-CCS |
| | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 3360 Davis Ferry Road, | ) | |
| Loudon, Tennessee  37774, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation filed by United States

Magistrate Judge, C.  Clifford Shirley [R. 15].  There have been no timely objections to the

Report and Recommendation, and enough time has passed since the filing of the Report and

Recommendation to treat any objections as having been waived.  *See* 28 U.S.C. § 636(b)(1);

Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the

Magistrate Judge's recommendation that this civil forfeiture proceeding be stayed until the

criminal investigation, and any related criminal prosecutions are completed.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under

28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).  It is **ORDERED,** for the reasons stated in the Report

and Recommendation, which the Court adopts and incorporates into its ruling, that the United

States' motion [R. 10] is **GRANTED**, and this matter is **STAYED** pending further orders of the court.

The United States shall file a status report every six (6) months, informing the court of the status of the criminal proceedings.

**IT IS SO ORDERED.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**